IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ALAN T. ROSENGRANT, | : | |
| | : | No. 4:20-cv-01555-MWB |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| TRANSCONTINENTAL GAS PIPE LINE COMPANY, LLC, | : | |
| | : | |
| Defendant. | : | Electronically Filed |

**DISCLOSURE STATEMENT PURSUANT
TO FED. R. CIV. P. 7.1 OF DEFENDANT
<u>TRANSCONTINENTAL GAS PIPE LINE COMPANY, LLC</u>**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Transcontinental Gas Pipe Line Company, LLC, who is the Defendant, makes the following disclosure:

1. Is the party a non-governmental corporate party?

   **YES**

2. If the answer to Number 1 is "yes," list below any parent corporation or state that there is no such corporation:

   **Williams Partners Operating, LLC**

3. If the answer to Number 1 is "yes," list below any publicly-held corporation that owns 10% or more of the party's stock or state that there is no such corporation.

   **Williams Partners Operating, LLC is a wholly-owned subsidiary of The Williams Companies, Inc. (NYSE: WMB).**

    The undersigned party understands that under Rule 7.1 of the Federal Rules of Civil Procedure, it must promptly file a supplemental statement upon any change in the information that this statement requires.

| | |
|---|---|
| Date: August 28, 2020 | /s/ Matthew M. Haar<br>Matthew M. Haar, Esq. (85688)<br>Sean T. O'Neill, Esq. (205595)<br>Kyle E. Gray, Esq. (321091)<br>Saul Ewing Arnstein & Lehr LLP<br>2 N. 2nd Street, 7th Floor<br>Harrisburg, PA 17101<br>717-257-7508 – matt.haar@saul.com<br>215-972-7159 – sean.oneill@saul.com<br>215-972-1896 – kyle.gray@saul.com<br><br>*Counsel for Defendant Transcontinental Gas Pipe Line Company, LLC* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 28, 2020, I served a true and correct copy of the foregoing *Disclosure Statement Pursuant to Fed. R. Civ. P. 7.1 of Defendant Transcontinental Gas Pipe Line Company, LLC* via electronic mail and first class mail, postage prepaid, upon the following:

> John T. Zelinka, Esq.
> Zachary W. Berger, Esq.
> Rosenn, Jenkins & Greenwald, L.L.P.
> 15 South Franklin Street
> Wilkes-Barre, PA 18711-0075

Dated:  August 28, 2020                         /s/ Matthew M. Haar
                                                              Matthew M. Haar