IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALAN T. ROSENGRANT,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>TRANSCONTINENTAL GAS PIPE LINE COMPANY, LLC,<br><br>　　　　Defendant. | No. 4:20-CV-01555<br><br>(Judge Brann) |

## ORDER

**AND NOW**, this 10th day of December 2020, in accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Defendant's Motion to Dismiss Counts 2-5 (Doc. 6) is **GRANTED**.

2. Plaintiff may file an amended complaint, if he chooses, by December 24, 2020. If no amended complaint is filed by that date, the action will proceed exclusively on Count 1, which Defendant has not opposed.

　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　*s/ Matthew W. Brann*
　　　　　　　　　　　　　　　　Matthew W. Brann
　　　　　　　　　　　　　　　　United States District Judge